# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Hadari Stallworth, | Case No.: 2:24-cv-02363-APG-BNW |
| Petitioner, | |
| v. | **Order Dismissing Improperly Commenced Habeas Proceeding** |
| Warden Chestnut, et al., | |
| Respondents. | |

Petitioner, a federal prisoner, has submitted a pleading styled as a petition for writ of habeas corpus. ECF No. 1-1. Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2. Because this matter has not been properly commenced, it is dismissed. The dismissal is without prejudice to bringing a **new** action under 28 U.S.C. § 2241 with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

I THEREFORE ORDER that this action is dismissed without prejudice. The Clerk is directed to close this case.

I FURTHER ORDER that a certificate of appealability is denied as jurists of reason would not find my dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

I FURTHER ORDER that the Clerk shall send petitioner two copies each of the application form to proceed *in forma pauperis* for incarcerated persons and the form for filing a

petition for a writ of habeas corpus under 28 U.S.C. § 2241 (with the instructions for both) and a copy of the papers that he submitted in this action.

Dated: December 23, 2024

_____
Chief U.S. District Judge Andrew P. Gordon